MRS. LLOYD V. PARSONS, WIDOW OF LLOYD V. PARSONS, v. THE
BOARD OF EDUCATION OF WATAUGA COUNTY ET AL.

(For digest see *Parsons v. Board of Education, ante,* 88.)

(Filed 19 December, 1930.)

APPEAL by respondent from *Finley, J.,* at August Term, 1930, of
ASHE. Affirmed.

This was an appeal from the North Carolina Industrial Commission,
heard on exceptions to the award made by said Commission in favor
of claimant, the widow of Lloyd V. Parsons, deceased, and against the
respondent, the Board of Education of Watauga County, and the
United States Fidelity Company. The exceptions were overruled.

From judgment affirming the award respondents appealed to the
Supreme Court.

*W. R. Bauguess for claimant.*
*Trevelle & Holshouser for respondent.*
*Attorney-General Brummitt and Assistant Attorney-General Nash for
Industrial Commission (by request).*

PER CURIAM. The court being evenly divided in opinion, *Stacy, C. J.,*
not sitting, the judgment of the Superior Court is affirmed and stands
as the decision in this case, without becoming a precedent. *Gooch v.
Western Union Telegraph Co.,* 196 N. C., 823, 146 S. E., 803, and cases
cited. See, also, *Parsons v. Board of Education of Ashe County,
ante,* 88.

Affirmed.